WILLIAM LESSER, Appellant, *v.* HOLLAND FARMS, INC., Respondent.

Submitted January 22, 1937; decided March 9, 1937.

*Jacquin Frank, Charles Glatzer* and *David M. Fink* for appellant.

*Daniel Mungall* and *Edwin C. Markel* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: CRANE, Ch. J., LEHMAN, O'BRIEN, LOUGHRAN, FINCH and RIPPEY, JJ. Taking no part: HUBBS, J